**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **FELIPE OTEZE FOWLKES,** )<br>    Plaintiff, )<br> )<br>  v. )<br> )<br>**ANDREW ST. PETER, MICHAEL MURPHY,** )<br>**DANIEL FORREST, ROBERT VINAL,** )<br>**BRANDIN ROBERTS, WESLEY HALEY,** )<br>**SCOTT LAVERDURE, NORMAN BABCOCK,** )<br>**RONALD TABB, GERALD DEVITTO,** )<br>**HAROLD W. CLARKE, JOHN** )<br>**MCLAUGHLIN and THOMAS DICKHAUT,** )<br>    Defendants. ) | Civil Action No. 09cv10260-NG |

**Gertner, D.J.:**

## ORDER OF DISMISSAL

In accordance with the Court's allowance of the plaintiff's motion to dismiss on July 7, 2010, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

**SO ORDERED.**

**Date:  July 7, 2010**                              /s/ Nancy Gertner

                                                                    **NANCY GERTNER, U.S.D.C.**